# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KAMI M. DUNN  
1643 ETHEL AVE.  
ROCKFORD, IL 61107

SSN-xxx-xx-9179

Case Number: 05-71787

Case filed on: 4/14/2005  
Plan Confirmed on: 6/10/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,817.30        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | KAMI M. DUNN | 0.00 | 0.00 | 8.16 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 8.16 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 4,073.00 | 4,073.00 | 4,073.00 | 0.00 |
| | Total Secured | 4,073.00 | 4,073.00 | 4,073.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 2,785.81 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COTTONWOOD FINANCIAL LTD | 1,022.83 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CRUSADER CLINIC | 115.00 | 0.00 | 0.00 | 0.00 |
| 011 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARRIS & HARRIS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HOLIDAY CARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JEFFERSON CAPITAL SYSTEMS, LLC | 912.67 | 0.00 | 0.00 | 0.00 |
| 016 | NCC NORTH EAST CREDIT & | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 271.77 | 0.00 | 0.00 | 0.00 |
| 020 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ONYX WASTE SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROBBINS, TINKER, SMITH & TINKER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 5,108.08 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 10,545.08 | 5,437.00 | 5,445.16 | 0.00 |

Total Paid Claimant: $5,445.16  
Trustee Allowance: $372.14  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 08/28/2008        By /s/Heather M. Fagan